```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA HOLLEY,                    :   CIVIL ACTION
                                 :   NO. 11-2444
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
ERICKSON LIVING, et al.,         :
                                 :
     Defendants.                 :
```

**O R D E R**

**AND NOW**, this **18th** day of **May, 2012**, it is hereby **ORDERED** that Plaintiff's Motion Authorizing Notice to Similarly Situated Persons (ECF No. 16) is **DENIED** without prejudice;

It is further **ORDERED** that Plaintiff is granted leave to file a Revised Notice and accompanying memorandum of law in support by **June 18, 2012**.

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**